UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW HALLINAN et al.,

                Plaintiffs,

   -v-

CITY OF NEW YORK et al.,

                Defendants.
------------------------------------------------------------------X

24-cv-1653 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2024

LEWIS J. LIMAN, United States District Judge:

    The parties request that the mandatory mediation pursuant to Local Rule 83.10 be terminated.  Dkt. No. 15.  The motion is granted, and the parties are relieved from mandatory mediation.  The Court will refer to the case to Magistrate Judge Sarah L. Cave as requested by the parties for settlement discussions.

    SO ORDERED.

Dated: June 11, 2024
       New York, New York

                                                             LEWIS J. LIMAN
                                               United States District Judge