UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW HALLINAN, et al.,<br><br>      Plaintiffs,<br><br> -v-<br><br>CITY OF NEW YORK, et al.,<br><br>      Defendants. | CIVIL ACTION NO. 24 Civ. 1653 (LJL) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement purposes. (ECF No. 17). A telephone conference is scheduled for **Tuesday, June 18, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:  New York, New York
     June 12, 2024

                 SO ORDERED.

                 _____
                 **SARAH L. CAVE**
                 **United States Magistrate Judge**