UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW HALLINAN, et al.,

                Plaintiffs,

  -v-                                          CIVIL ACTION NO. 24 Civ. 1653 (LJL) (SLC)

CITY OF NEW YORK, et al.,                             **ORDER**

                Defendants.

---

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 21 is GRANTED, and the in-person settlement conference scheduled for July 25, 2024 is RESCHEDULED to **Thursday, August 1, 2024 at 2:00 p.m.**, and will proceed **in-person**.  All other aspects of the Court's Scheduling Order at ECF No. 20—including Plaintiff's **July 1, 2024** deadline to make a settlement demand (the "Demand")—remain in effect except that (1) the Defendant's deadline to inform Plaintiffs of their response to the Demand, (2) the parties' pre-conference submissions, and (3) completed Attendance Acknowledgement Forms are due no later than **Thursday, July 25, 2024.**

Dated:      New York, New York
              June 21, 2024

                                                        SO ORDERED.

                                                        _____
                                                        **SARAH L. CAVE**
                                                       **United States Magistrate Judge**