UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

KENNAN MCCLUNG and ANDREW HALLINAN,

                                                  Plaintiffs,

-against-

THE CITY OF NEW YORK, et. al.,

                                                  Defendants.

---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

24 Civ. 1653 (LJL)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
August 14, 2024

WYLIE STECKLOW PLLC
*Attorneys for Plaintiffs Kennan McClung and Andrew Hallinan*
152 W. 57th Street, Eighth Floor
New York, New York 10019

By: _____
Wylie Stecklow
*Attorney for Plaintiffs Kennan McClung and Andrew Hallinan*

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Kandou Worley, Maciej Urbanski, Jorge Perez and Christopher Leuffgen*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Mark D. Zuckerman
*Senior Counsel*

SO ORDERED:

_____
HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Dated: __August 20__, 2024