

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

September 9, 2024

**Motion denied.**

**BY ECF**
Hon. Lewis J. Liman
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Dated: September 9, 2024**

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   *Hallinan, et al. v. City of New York et al.*, 24-cv-01653 (L__)

Dear Honorable Judge Liman:

Please recall that I am co-counsel to Plaintiffs Kennan McClung and Andrew Hallinan. I write to respectfully request that this honorable court's order, Docket 23, dated August 9, 2024, be extended.

The order provided,

> The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

On August 14, 2024, all executed settlement papers were submitted to the City of New York. Payment of the settlement is anticipated on or before November 12, 2024. It is respectfully requested that the thirty (30) day limitation to restore this case to the docket be extended for sixty-eight (68) additional days until November 12, 2024. Earlier today I spoke with Mr. Zuckerman, and he does not consent to this request. No prior request for this relief has previously been made.

Respectfully submitted,

Wylie M. Stecklow

cc: all counsel via ECF